**Order entered September 27, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01048-CV

### IN THE INTEREST OF G.S., A CHILD

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-0347**

## ORDER

Before the Court is appellant's September 24, 2019 motion for an extension of time to

file her brief on the merits. We **GRANT** the motion and extend the time to **October 15, 2019**.


/s/    KEN MOLBERG
        JUSTICE